IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL DEVELOPMENT, LLC, | No. C 10-80293-MISC JSW |
| Plaintiff, | (U.S. District Court for the District of New Jersey No. 3:09-CV-2495-GEB-DEA) |
| v. | |
| SIMON NICHOLAS RICHMOND AND ADVENTIVE IDEAS, LLC, | **FURTHER AMENDED** ORDER OF REFERRAL |
| Defendants. | |

Considering the unavailability of Magistrate James Larson at the time, it is HEREBY ORDERED that, pursuant to Northern District Civil Local Rule 72-1, all discovery matters in this case are immediately REFERRED to another randomly-assigned magistrate judge for resolution.

**IT IS SO ORDERED.**

Dated: December 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Sue Imbriani